UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVERICK BANKCARD, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. GALT FINANCE SUITE LLC et al., <br><br> Defendants. | Case No. 2:25-cv-00348-SB-AS <br><br> ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT JERRY VAUGHN |

      Plaintiff Maverick Bankcard, Inc. and Defendant Jerry Vaughn (the Settling Defendant) filed a notice of settlement on June 12, 2025. All claims *against the Settling Defendant only* are therefore dismissed without prejudice. The Court vacates the June 13 status conference, the June 27 pretrial conference, and the July 14 trial.[1] For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reinstate the claims nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal of the case against the Settling Defendant will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen. If the claims against the Settling Defendant are reinstated, the parties should be prepared for an expedited trial schedule.

      The Court expects the parties to finalize their settlement or else move to reinstate the claims against the Settling Defendant within the next 30 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both Plaintiff and the Settling Defendant shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete*

---

[1] Plaintiff states in the notice of settlement that it intends to seek default judgment against Defendant J. Galt Finance Suite LLC. Plaintiff shall file any motion for default judgment by June 27, 2025. Failure to timely file will be construed as consent to dismiss that defendant.

*the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: June 12, 2025

                                                   Stanley Blumenfeld, Jr.
                                                   United States District Judge